IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-435-D |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) for review of the decision of the Commissioner of Social Security Administration denying Plaintiff's application for disability benefits. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). On November 22, 2016, the magistrate judge filed a Report and Recommendation [Doc. No. 16] in which he recommended that the Commissioner's decision be affirmed.

In the Report and Recommendation, the magistrate judge also advised the parties of their right to file objections to the Report and Recommendation by December 12, 2016, and cautioned them that failure to timely object would constitute a waiver of their right to appellate review of the factual findings and legal conclusions contained therein. To date, neither party has filed an objection or sought an extension of time in which to do so. Therefore, the Report and Recommendation is adopted as though fully set forth herein.

IT IS SO ORDERED this 22nd day of December, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE